Eastern District of Kentucky<br>**FILED**<br><br>FEB 27 2025<br><br>AT LONDON<br>Robert R. Carr<br>CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

**UNITED STATES OF AMERICA**

V.  INDICTMENT NO. 6:25-cr-018-REW

**STEVIE W. GREGORY, JR. and**
**JENNIFER A. COFFEY**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 846

On or about January 22, 2025, in Pulaski County, in the Eastern District of Kentucky,

**STEVIE W. GREGORY, JR. and**
**JENNIFER A. COFFEY**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 21 U.S.C. § 846

On or about January 22, 2025, in Pulaski County, in the Eastern District of Kentucky,

**STEVIE W. GREGORY, JR. and
JENNIFER A. COFFEY**

did conspire with each other and others to knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

**A TRUE BILL**

■■■■■■■■■■■■■■■■

*[signature]*
**PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY**

## PENALTIES

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:**     Mandatory special assessment of $100 per count.